# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0460. IN RE WILLIE A. WALDEN.**

Willie A. Walden died in 1971, and the trial court discharged his daughter as the administratrix of the estate in 2005. In 2019, the decedent's grandson, Omar Walden, filed a motion under OCGA § 9-11-60 seeking to set aside the 2005 order discharging the daughter and to reopen the estate. In January 2020, the trial court entered its order denying the grandson's motion, and the grandson filed this direct appeal. We lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). The grandson's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/25/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*